**Order filed, April 12, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00051-CR

_____

**KENNETH EARL BRUNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 262nd District Court
Harris County, Texas
Trial Court Cause No. 1284376**

## ORDER

The reporter's record in this case was due **March 13, 2012**, 2012. *See* Tex. R. App. P. 35.1. On March 15, 2012, this court directed the court reporter to file the record within 15 days. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Julia Johnson**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order. No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible

for ensuring that the appellate record is timely filed.  *See* Tex. R. App. P. 35.3(c).  If **Julia Johnson** does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM